# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00173-EWN-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DON CARNEY,

        Defendant.

---

## ORDER DENYING DEFENDANT'S REQUEST TO TERMINATE
## A CONDITION OF SUPERVISED RELEASE

---

On February 23, 2007, defendant submitted a pro se motion to Terminate a Condition of Probation. In his motion, defendant requests the restitution condition be terminated. The Court, having reviewed the file and the probation officer's response to defendant's motion,

**FINDS** defendant was sentenced on May 3, 2002, to 18 months imprisonment and five (5) years supervised release. Defendant was ordered to pay $194,994.13 restitution. Defendant's supervised release commenced on February 19, 2004.

**FURTHER FINDS** that the instant motion duplicates arguments presented in defendant's earlier 28 U.S.C. § 2255 motion wherein the Court addressed the issue of ineffective counsel and confirmed the amount of restitution in the Order Denying Section 2255 Motion signed by the Court on December 6, 2005. Accordingly, it is

**ORDERED** that defendant's pro se motion to terminate his restitution obligation as a condition of federal supervision be denied.

DATED at Denver, Colorado, this 5th day of April, 2007.

BY THE COURT:

s/ Edward W. Nottingham
Edward W. Nottingham
United States District Judge